# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2015

### NO. 03-12-00247-CV

**Roland Oil Company, Appellant**

**v.**

**Railroad Commission of Texas, Appellee**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND FIELD
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on March 28, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. We therefore grant the Railroad Commission's motion for rehearing; dismiss as moot its motion for en banc reconsideration; withdraw our opinion and judgment dated August 29, 2014; and affirm the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.